LASHLEE v. WHITE CONSOL. INDUS., INC.

No. 548P01

Case below: 144 N.C. App. 684

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

LeGRANDE v. STATE

No. 462A01-6

Case below: Stanley County Superior Court

Claim by plaintiff against the State of North Carolina for erroneous convictions, imprisonments and sentence to death in capital case 95CRS567, 847 from Stanly County dismissed 18 December 2001. Claim by plaintiff against the State for malicious and deliberate erroneous convictions, imprisonments and sentence to death in capital case 95CRS567, 847 from Stanly County dismissed 18 December 2001.

MOORE v. N.C. COOP. EXT. SERV.

No. 576P01

Case below: 146 N.C. App. 89

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 18 December 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

RAWLS & ASSOCS. v. HURST

No. 380P01

Case below: 144 N.C. App. 286

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.